Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Michelle Lenese Linicome

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MICHELLE LENESE LINICOME, | Case No.: 1:16-cv-01146-EPG |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties (ECF No. 14), the above captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own fees, costs, and expenses. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **May 4, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE